# EXHIBIT A



# How would your family get by without you?
## Don't wait another day to protect your family.

A Life Insurance Program with very low Rates!
Backed by A+ Superior Rated Companies

Great Coverage For:
**Business Interest** – **Income Replacement** – **Mortgage Protection** – **Family Security**

Below are sample monthly rates for 10 Years guaranteed level term. Rates also available for qualifying ages on 15, 20, and 30 Year term plans. Great rates are also available for Tobacco users. We shop to find you the best rates available. Have life insurance? Get lower rates and more coverage.

|     | **Female** | | | |     | **Male** | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Age** | **$100,000** | **$250,000** | **$500,000** | **$1,000,000** | **Age** | **$100,000** | **$250,000** | **$500,000** | **$1,000,000** |
| 35 | $12 | $13 | $17 | $26 | 35 | $12 | $14 | $22 | $37 |
| 45 | $14 | $20 | $30 | $53 | 45 | $16 | $24 | $42 | $74 |
| 50 | $17 | $25 | $41 | $74 | 50 | $20 | $34 | $61 | $110 |
| 55 | $21 | $35 | $61 | $114 | 55 | $29 | $52 | $97 | $177 |
| 60 | $28 | $49 | $89 | $171 | 60 | $42 | $81 | $154 | $287 |
| 65 | $39 | $75 | $141 | $275 | 65 | $66 | $136 | $266 | $504 |
| 70 | $63 | $130 | $252 | $496 | 70 | $108 | $241 | $474 | $924 |
| 75 | $113 | $256 | $503 | $998 | 75 | $191 | $468 | $924 | $1693 |

For more information and an accurate quote,
**Please fill out the information below and fax to: (312 ) 256-9703**

Name_____ M / F   DOB_____   Tobacco User: YES   NO

Spouse/Partner_____ M / F   DOB_____   Tobacco User: YES   NO

Address_____(No PO Boxes Please)  City_____

State_____   Zip_____

Hm#_____  Wk#_____  Cell#_____

Best time to call _____  Person to ask for _____

Amount of Life Coverage Desired_____  Amount for Spouse/Partner_____

Health:  Excellent   Fair   Poor   Comments_____

To Remove Your Fax Number Please call 888-261-0323